IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00417-NYW

**LANA SHORE**,

    Plaintiff,

v.

**WALMART, INC. f/k/a WAL-MART STORES, INC.**,

    Defendant.

---
### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
---

    The Plaintiff, Lana Shore, and Defendant, Walmart, Inc. f/k/a Wal-Mart Stores, Inc., by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims which could have been brought against Defendant are dismissed WITH PREJUDICE, all claims between Plaintiff and Defendant, Walmart, Inc. f/k/a Wal-Mart Stores, Inc., having been amicably resolved, the parties to pay their own fees and costs.

    Respectfully submitted this 24th day of January, 2020.

| */s/ Michael Rossetti* | */s/ Katie B. Johnson* |
|---|---|
| Michael Rossetti | Katie B. Johnson |
| Law Office of Michael Rossetti | Sutton \| Booker \| P.C. |
| 405 E. Prospect Road | 4949 S. Syracuse, Suite 500 |
| Fort Collins, CO 80525 | Denver, Colorado 80237 |
| Telephone; 970-413-2226 | Telephone: 303-730-6204 |
| Facsimile: 979-797-1772 | Facsimile: 303-730-6208 |
| E-mail: Rossettimick@aol.com | E-Mail: kjohnson@suttonbooker.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant, Walmart, Inc. F/k/a Wal-Mart Stores, Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2020, I electronically filed a true and correct copy of the above and foregoing STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Michael Rossetti
>405 East Prospect Road
>Fort Collins CO  80525

>>*/s/   Melissa J. Larsen*
>>*A duly signed original is on file at*
>>*Sutton | Booker | P.C.*